IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOSHUA A. STRICKLIN                                                                      PLAINTIFF

V.                            CASE NO. 4:16-CV-00758-BSM-BD

VARNHALLA                                                                                 DEFENDANT

## ORDER

Mr. Stricklin has moved to voluntarily dismiss the claims raised in this lawsuit. (Docket entry #6) The motion (#6) is GRANTED. Mr. Stricklin's claims are DISMISSED, without prejudice. The Clerk is directed to close this case.

IT IS SO ORDERED, this 30th day of November, 2016.

_____
UNITED STATES MAGISTRATE JUDGE