# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JOSHUA A. STRICKLIN                                                                PLAINTIFF

V.                          CASE NO. 4:16-CV-00758-BSM-BD

VARNHALLA                                                                           DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 30th day of November, 2016.

_____
UNITED STATES MAGISTRATE JUDGE